1
 Felicia Wright, Petitioner v. Portfolio Recovery Associates, LLC. Respondent No. 24SC585
Supreme Court of Colorado, En Banc
June 16, 2025
 
          
 Boulder County District Court Case No. 22CV30158
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          Whether
 the district court erred as a matter of law in upholding the
 county court's ruling that respondent proved it complied
 with section 5-16-111(2), C.R.S. (2024).
 
 
          Whether
 the district court erred as a matter of law in upholding the
 county court's ruling that petitioner did not prove her
 counterclaims against respondent under the Colorado Fair Debt
 Collection Practices Act, §§ 5-16-101 to -135,
 C.R.S. (2024).
 
 
          DENIED
 AS TO ALL OTHER ISSUES.